DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EAGLE EYE DEVELOPMENT, LLC., LELAND BERTSCH, JANE BERTSCH, JANET SCHOLL** and **JON WAGNER,**
Appellants,

v.

**BRUCE ROEMMICH,**
Appellee.

No. 4D19-1967

[December 26, 2019]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. CACE-17-023130 (03).

Steven M. Canter and Peter T. Mavrick of Mavrick Law Firm, Fort Lauderdale, for appellants.

Jay M. Levy of Jay M. Levy, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***